# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of  06/10/06 .  Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-10619

### Document Information

| | |
|---|---|
| **Description:** | Notice of Deadline to File Objections RE: [27-1] Motion For Relief From Stay  As To 105 Thoroughbred Court, Santa Teresa, NM by Citibank, NA. Notice Served on 4/4/05; Objections to Motion Due: 4/27/05; Number of days in Objection Period: 20.  Notice given to: parties listed. |
| Received on: | 2005-04-01 16:55:29.000 |
| **Date Filed:** | 2005-04-01 00:00:00.000 |
| **Date Entered On Docket:** | 2005-04-05 00:00:00.000 |

### Filer Information

**Submitted By:** Karen Weaver

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date.  To confirm that nothing has changed since then, review the docket.**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

FRANCISCO JAVIER JAYME, SSN: ___-__-7644,

      Debtor.                       No. 13 05-10619 ML

## NOTICE OF OBJECTION DEADLINE FOR MOTION FOR RELIEF FROM AUTOMATIC STAY AND TO ABANDON PROPERTY

    On April 1, 2005, Creditor Citibank, N.A. as trustee, c/o Chase Home Finance LLC as servicing agent (hereinafter referred to as "Chase"), filed a Motion for Relief from Automatic Stay and to Abandon Property. A copy of the Motion can be inspected and/or copied at the United States Bankruptcy Court Clerk's Office, Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico.

    By the Motion, Chase seeks relief from automatic stay on the grounds that the Debtor is indebted to Chase on an Adjustable Rate Note and Mortgage secured by real property and is in default.

    **Any party who objects to the Motion must file its objections with the Clerk of the Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico (or PO Box 546, Albuquerque, NM 87103-0546), WITHIN TWENTY (20) DAYS OF THE DATE OF MAILING OF THIS NOTICE,** and serve a copy of the objection on LITTLE & DRANTTEL, P.C., 3803 Atrisco Blvd. NW, Suite A, Albuquerque, New Mexico 87120. If any objections are timely filed, a hearing will be held on notice only to Chase and objecting parties. If no objections are timely filed, an order granting the Motion will be presented to the court for entry without a hearing or further notice.

    I hereby certify that a true and correct copy of this Notice was mailed by first class mailing, postage prepaid, to all parties listed below:

| | | |
|---|---|---|
| R. Trey Arvizu, III | Kelley Skehen | Francisco Javier Jayme |
| Attorney for Debtor | Trustee | Debtor |
| PO Box 1479 | 625 Silver Ave. SW Suite 350 | 105 Thoroughbred Court |
| Las Cruces, NM 88004-1479 | Albuquerque, NM 87102 | Santa Teresa, NM 88008 |

4010-197-FBFBB 133252.doc rp

| | | |
|---|---|---|
| NM Taxation & Revenue Dept<br>c/o Atty James C. Jacobsen<br>111 Lomas Blvd NW, Ste. 300<br>Albuquerque, NM 87102-2368 | Alicia Jayme<br>Non-Filing Spouse<br>105 Thoroughbred Court<br>Santa Teresa, NM 88008 | Bank of America, N.A.<br>c/o Atty Sharon Hankla<br>13725 Struthers Road, Suite 201<br>Colorado Springs, CO 80921 |
| Ford Motor Credit Company<br>c/o Atty Allen L. Wainwright<br>920 Lomas NW<br>Albuquerque, NM 87102 | Wells Fargo Bank, NA<br>c/o Atty Karen H. Bradley<br>PO Box 3509<br>Albuquerque, NM 87190-3509 | |

Date of Mailing:

4-4-05

LITTLE & DRANTTEL, P.C.

_____
KAREN HOWDEN WEAVER
Attorneys for Creditor Chase Home Finance
3803 Atrisco Blvd. NW, Suite A
Albuquerque, NM 87120
Telephone: (505) 833-3036
Facsimile: (505) 833-3040
E-mail: bankruptcy@littledranttel.com