# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of  06/10/06   . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-10619

### Document Information

**Description:** Objection By Creditor Citibank, NA To Confirmation Of [11-1] Chapter 13 Plan

**Received on:** 2005-04-04 14:54:06.000

**Date Filed:** 2005-04-04 00:00:00.000

**Date Entered On Docket:** 2005-04-05 00:00:00.000

### Filer Information

**Submitted By:** Karen Weaver

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

FRANCISCO JAVIER JAYME, SSN: \_\_\_-\_\_-7644,

Debtor.                                     No. 13 05-10619 ML

## OBJECTION TO CONFIRMATION
## OF THE CHAPTER 13 PLAN FILED ON MARCH 7, 2005

COMES NOW Citibank, N.A. as trustee, c/o Chase Home Finance LLC, (hereinafter referred to as "Chase") by and through its attorneys, Little & Dranttel, P.C. (Karen Howden Weaver), and does hereby file its objection to the confirmation of the Chapter 13 Plan filed by the Debtor on March 7, 2005. As further grounds, therefor, Chase states:

1. This case was filed on January 31, 2005, following the dismissal of Debtor's Chapter 13 case on January 19, 2005, case number 04-17779, for failure of the Debtor to file a Plan and failure to file schedules and statements of financial affairs.

2. This Objection is timely filed.

3. On October 29, 2002, Francisco Javier Jayme executed and delivered an Adjustable Rate Note in the principal sum of $462,000.00 with interest accruing at the rate of 8.6250%.

4. On October 29, 2002, as security for the payment of the Adjustable Rate Note, Francisco Javier Jayme executed and delivered a Mortgage covering the following described property situated in Dona Ana County, New Mexico, commonly known as 105 Thoroughbred Court, Santa Teresa, New Mexico 88008, and more particularly described as:

> Lot 17 in Block 3 of Los Ranchos Del Rio, located in the City of
> Sunland Park, Dona Ana County, New Mexico, as the same is
> shown and designated on the plat thereof filed for record in the

office of the County Clerk of Dona Ana County, New Mexico on November 27, 1984 and recorded in Book 13 at Pages 344-345, Plat Records,

including any improvements, fixtures, and attachments, such as, but not limited to, mobile homes. The Mortgage was recorded on November 1, 2002, in Book 373, Pages 850-870, as Document No. 32671, of the records in Dona Ana County, New Mexico. If there is a conflict between the legal description and the street address, the legal description shall control.

5. The Debtor is indebted to Chase in the total amount of $519,367.99 as of January 31, 2005, plus costs and fees.

6. Pre-petition arrearages total $61,722.92 which includes eleven (11) payments at $3,593.39 each, due from March 1, 2004 through January 1, 2005, totaling $39,527.29, plus taxes in the amount of $9,478.23, plus insurance in the amount of $8,550.42, plus BPO/Appraisal fees in the amount of $85.00, plus property inspection fees in the amount of $62.00, plus pre-petition foreclosure attorney fees in the amount of $1,441.13, plus pre-petition foreclosure attorney costs in the amount $1,441.41, plus previous bankruptcy attorney fees in the amount of $987.44, plus previous bankruptcy attorney costs in the amount of $150.00, for a total of $61,722.92. Debtor's Plan only provides for $26,000.00, in arrearages and is unfeasible if Creditor is paid its correct amount of arrears at the correct interest rate.

7. Debtor's Plan provides for 8.00% interest. The contract interest rate is 8.6250% and cannot be reduced as the creditor is fully secured.

8. The total claim amount for Chase at the time of the Bankruptcy filing is in the amount of $519,367.99.

9. The Plan does not make any provision for any remedies for Chase in the event of default by the Debtor in making payments required under the Plan.

10. The Debtor has also not provided adequate assurances that the property is being maintained.

11. The Debtor has not provided adequate protection.

WHEREFORE, Chase, respectfully requests the Court to enter an order denying confirmation of the Chapter 13 Plan filed on March 7, 2005, and for such other and further relief as the Court deems just.

                                  LITTLE & DRANTTEL, P.C.

                              By_____
                              KAREN HOWDEN WEAVER
                              Attorneys for Chase Home Finance LLC
                              3803 Atrisco Blvd. NW, Suite A
                              Albuquerque, NM 87120
                              Telephone: (505) 833-3036
                              Facsimile: (505) 833-3040
                              E-mail: bankruptcy@littledranttel.com

I hereby certify that a copy of the
foregoing pleading was mailed to:

| | | |
|---|---|---|
| R. Trey Arvizu, III<br>Attorney for Debtor<br>PO Box 1479<br>Las Cruces, NM 88004-1479 | Kelley Skehen<br>Trustee<br>625 Silver Ave. SW Suite 350<br>Albuquerque, NM 87102 | Francisco Javier Jayme<br>Debtor<br>105 Thoroughbred Court<br>Santa Teresa, NM 88008 |
| NM Taxation & Revenue Dept<br>c/o Atty James C. Jacobsen<br>111 Lomas Blvd NW, Ste. 300<br>Albuquerque, NM 87102-2368 | Alicia Jayme<br>Non-Filing Spouse<br>105 Thoroughbred Court<br>Santa Teresa, NM 88008 | Bank of America, N.A.<br>c/o Atty Sharon Hankla<br>13725 Struthers Road, Suite 201<br>Colorado Springs, CO 80921 |

Ford Motor Credit Company  
c/o Atty Allen L. Wainwright  
920 Lomas NW  
Albuquerque, NM 87102

Wells Fargo Bank, NA  
c/o Atty Karen H. Bradley  
PO Box 3509  
Albuquerque, NM 87190-3509

on this 4th day of April, 2005

*Sharon Ferrel*  
SHARON FERREL, Paralegal