PACER Cover Sheet
for Electronically Filed Documents

Any data shown here are current as of  06/10/06    . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-10619

## Document Information

**Description:** Objection By Debtor Franisco Javier Jayme  To  [27-1] Motion For Relief From Stay  As To 105 Thoroughbred Court, Santa Teresa, NM by Citibank, NA .

**Received on:** 2005-04-26 14:07:12.000

**Date Filed:** 2005-04-26 00:00:00.000

**Date Entered On Docket:** 2005-04-27 00:00:00.000

## Filer Information

**Submitted By:** Trey Arvizu

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date.  To confirm that nothing has changed since then, review the docket.**

IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF NEW MEXICO

In re:
Francisco Javier Jayme,
      Debtor.                                         No. 13-05-10619 ML

DEBTORS' OBJECTION TO CREDITOR
CITI BANK, N.A., AS TRUSTEE, C/O CHASE HOME
FINANCE, LLC'S MOTION FOR RELIEF FROM STAY

      COMES NOW Debtor, Francisco Javier Jayme, through his attorney of record, Arvizu Law Office, P.C. (R. "Trey" Arvizu, III) and files this Objection to Creditor Citibank, N.A., As Trustee, c/o Chase Home Finance, LLC's (Chase), Motion for Relief from Automatic Stay based on the following grounds:

      1.      Debtor's residence at 105 Thoroughbred Court, Santa Teresa, New Mexico is necessary for an effective reorganization.

      WHEREFORE, Debtor respectfully requests that the Motion for Relief from Stay be denied at this time.

                                ARVIZU LAW OFFICE, P.C.

                                Electronically filed
                                R. "Trey" Arvizu, III
                                Attorney for Debtor
                                PO Box 1479
                                Las Cruces NM  88004-1479
                                (505) 527-8600
                                Fax:  (505) 527-1199

      I hereby certify that a copy of the foregoing was sent by U.S. Mail this 26th day of April, 2005 to the following:

| | |
|---|---|
| Kelley L. Skehen | Bank of America |
| 625 Silver Avenue SW | c/o Sharon Hankla |
| Suite 350 | 13725 Struthers Rd. Ste. 201 |
| Albuquerque, NM 87102-311 | Colorado Springs, CO 80921 |
| | |
| Chase Manhattan Mortgage | Ford Credit Credit Company |
| c/o Karen Howden Weaver | c/o Allan Wainwright |

3803 Atrisco Blvd NW, Ste A
Albuquerque, NM 87120

NM Taxation & Revenue Department
c/o Atty James C. Jacobsen
111 Lomas Blvd. NW, Ste 300
Albuquerque, NM 87102-2368

Bank of America, N.A.
c/o Atty Sharon Hankla
13725 Struthers Rd Ste 201
Colorado Springs, CO 80921

Wells Fargo Bank, NA
c/o Atty Karen H. Bradley
PO Box 3509
Albuquerque, NM 87190-3509

920 Lomas NW
Albuquerque, NM 87102

Chase Home Finance LLC
c/o Atty Karen Howden Weaver
3803 Atrisco Blvd., NW Ste. A
Albuquerque, NM 87120

Ford Motor Credit Company
c/o Atty Allan L. Wainwright
920 Lomas NW
Albuquerque, NM 87102-3150

Citibank, NA
Karen Howden Weaver
3803 Atrisco Blvd. NW Ste A
Albuquerque, NM 87120

<u>Electronically filed</u>
R. "Trey" Arvizu, III