PACER Cover Sheet
for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-10619

## Document Information

**Description:** Minutes of Preliminary Hearing Held On 05/23/05 Re: [27-1] Motion For Relief From Stay As To 105 Thoroughbred Court, Santa Teresa, NM by Citibank, NA. Final Hearing Scheduled For 10:00 6/27/05 at Judge McFeeley's Courtroom.

**Received on:** 2005-05-24 09:43:16.000

**Date Filed:** 2005-05-24 00:00:00.000

**Date Entered On Docket:** 2005-05-26 00:00:00.000

## Filer Information

**Submitted By:** Chris Wilson

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**PRELIMINARY HEARING**
Before the Honorable Mark B. McFeeley

__Ellen C. Snyder, Law Clerk
_x_Chris Wilson, Courtroom Deputy

Court Reporter Agency:  Joe Jameson
Court Reporter_x_Shollenbarger  __Jameson

May 23, 2005

PH Stay td
Francisco Jayme, No. 13-05-10619 ML
Chase Home Finance: Karen Howden Weaver
Dtr: Trey Arvizu, phone

**SUMMARY:   FH set 6/27/05 at 10:00 am in ABQ.**