# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/10/06  . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Francisco Javier Jayme

**Case Number:** 05-10619

### Document Information

**Description:** Order Granting [49-1] Motion To Dismiss Bankruptcy by Francisco Javier Jayme .

**Received on:** 2005-07-26 08:49:28.000

**Date Filed:** 2005-07-26 00:00:00.000

**Date Entered On Docket:** 2005-07-26 00:00:00.000

### Filer Information

**Submitted By:** Roseanna Cordova

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF NEW MEXICO

In re:
Francisco Javier Jayme,
      Debtor.                                                             No. 13-05-10619 ML

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

THIS MATTER having come before the Court on Debtor's Motion to Dismiss his chapter 13 bankruptcy, and case not having been previously converted from Chapter 7 and the Court being fully advised in the premises;

IT IS ORDERED that this case shall be and hereby is dismissed.

_____
MARK B. MCFEELEY
U.S. BANKRUPTCY JUDGE

ARVIZU LAW OFFICE, P.C.
S/submitted by e-mail
R. "Trey" Arvizu, III
PO Box 1479
Las Cruces NM 88004-1479
(505) 527-8600
Fax: (505) 527-1199

Copies to:

Kelley L. Skehen, Chapter 13 Trustee
625 Silver Avenue SW, Ste. 350
Albuquerque NM 87102

United States Trustee
PO Box 608
Albuquerque NM 87103

Kaplan's Mortgage Co.
c/o Attny Herbert Ehrlich
109 N. Oregon 12 FL
El Paso, TX 79901

Sharon Hankla
Castle, Meinhold & Stawiarski, LLC
Attorney for Bank of America
13725 Struthers Rd, Ste. 201
Colorado Springs CO 80921

| Susan C. Little | Karen Howden Weaver |
| Susan C. Little & Associates, PA | Little & Dranttel, PC |
| Attny for Wells Fargo Bank | Attny for Citibank, NA |
| PO Box 3509 | 3803 Atrisco Blvd. NW, Suite A |
| Albuquerque NM 87190-3509 | Albuquerque NM 87120 |

I certify that on the date shown on the attached document verification, a true and correct copy of the foregoing was either electronically transmitted, faxed, delivered or mailed to the listed counsel and/or parties. *Roseanna Córdova*